IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAUL GONZALEZ ORTIZ<br>ROSANNA JOSEFINA DIAZ ROSARIO<br><br>DEBTOR(S) | CASE NUMBER: 14-03008/ESL<br><br>CHAPTER 7 |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

NOW COMES, **RAUL GONZALEZ ORTIZ and ROSANNA JOSEFINA DIAZ ROSARIO,** debtors through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1.

2. This amendment to Schedule F is **to include an unsecured creditor named Puerto Rico Supplies Co., Inc., postal address, PO Box 11908, San Juan, PR 00922-1908.**

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Raúl González Ortiz and Rosanna Josefina Díaz Rosario; to the creditor affected by the amendment: Puerto Rico Supplies Co., Inc., PO Box 11908, San Juan, PR 00922-1908; and creditors and parties in interest as per the attached master address list.

Page -2-
Amended Schedule F
14-03008/ESL7

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 25th day of August, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE <u>GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA</u>        Case No. <u>3:14-bk-3008</u>
                                   Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3778-113232-84716<br>**Banco Popular De Puerto Rico**<br>**209 Munoz Rivera Ave**<br>**San Juan, PR 00918** | | H | REVOLVING ACCOUNT OPENED 8/1986 | | | | 19,758.00 |
| ACCOUNT NO. 4506880040033256<br>**Banco Santander Puerto**<br>**Po Box 362589**<br>**San Juan, PR 00936** | | H | REVOLVING ACCOUNT OPENED 10/1988 | | | | 4,451.00 |
| ACCOUNT NO. 8008966479<br>**Banco Santander Puerto Rico**<br>**268 Ponce De Leon**<br>**Hato Rey, PR 00918** | | H | INSTALLMENT ACCOUNT OPENED 6/2013 | | | | 14,753.00 |
| ACCOUNT NO. 5856373111786245<br>**Comenity Bank/anntylr**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | W | REVOLVING ACCOUNT OPENED 12/2013 | | | | 244.00 |

____3____ continuation sheets attached

Subtotal (Total of this page) $ 39,206.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA           Case No. **3:14-bk-3008**
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5856373046304247<br>Comenity Bank/anntylr<br>PO Box 182273<br>Columbus, OH 43218 | | W | REVOLVING ACCOUNT OPENED 7/2006 | | | | 116.00 |
| ACCOUNT NO. 5466-7600-3111-7117<br>Comenity Bank/atylrlmc<br>PO Box 182273<br>Columbus, OH 43218 | | W | REVOLVING ACCOUNT OPENED 7/2013 | | | | 1,312.00 |
| ACCOUNT NO. 4222742976820<br>Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | | W | REVOLVING ACCOUNT OPENED 9/2002 | | | | 253.00 |
| ACCOUNT NO. 7714110067293829<br>Gecrb/Sams Club<br>4125 Windward Plaza<br>Alpharetta, GA 30005 | | H | REVOLVING ACCOUNT OPENED 10/2002 | | | | 2,000.00 |
| ACCOUNT NO. 6011361063632715<br>Gecrb/sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896 | | W | REVOLVING ACCOUNT OPENED 11/2006 | | | | 4,551.00 |
| ACCOUNT NO. 6008891830407597<br>GecrbJc Penney PR<br>4125 Windward Plaza<br>Alpharetta, GA 30005 | | | REVOLVING ACCOUNT OPENED 11/1992 | | | | 1,351.00 |
| ACCOUNT NO.<br>GILBERTO REY DIAZ ROSARIO<br>HC 3 BOX 4384<br>GURABO, PR 00778 | | J | June/2006 Commercial lease contract pre-petition arrears | | | | 8,110.00 |

Sheet no. **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **17,693.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA                Case No. 3:14-bk-3008
                          Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13311<br>Puerto Rico Supplies Co., Inc<br>PO Box 11908<br>San Juan, PR 00922-1908 | | | MONEY COLLECTION | | | | 2,875.28 |
| ACCOUNT NO.<br>A & J Collection Agency, Inc.<br>PO Box 1010<br>Camuy, PR 00627 | | | Assignee or other notification for:<br>Puerto Rico Supplies Co., Inc | | | | |
| ACCOUNT NO. 6035365141129182<br>Radio/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 9/2000 | | | | 304.00 |
| ACCOUNT NO. EACI201400388<br>RJ REYNOLDS TOBACCO CO<br>PO BOX 363509<br>SAN JUAN, PR 00936-3509 | | J | | | | | 4,609.70 |
| ACCOUNT NO.<br>LCDO EDGARDO ROMAN ESPADA<br>URB BALDRICH 315 COLL & TOSTE<br>SAN JUAN, PR 00918-2367 | | | Assignee or other notification for:<br>RJ REYNOLDS TOBACCO CO | | | | |
| ACCOUNT NO. 5049941582932965<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 8/2001 | | | | 2,301.00 |
| ACCOUNT NO. 5049948040933261<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | | REVOLVING ACCOUNT OPENED 3/1981 | | | | 1,548.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 11,637.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA** Case No. **3:14-bk-3008**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5049948070602331<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 4/1969 | | | | 134.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **134.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **68,670.98**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>GONZALEZ ORTIZ, RAUL & DIAZ ROSARIO, ROSANNA JOSEFINA</u>   Case No. <u>3:14-bk-3008</u>
Debtor(s)  (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  *Sch "F"*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 25, 2014**  Signature: ***/s/ RAUL GONZALEZ ORTIZ***
 **RAUL GONZALEZ ORTIZ**  Debtor

Date: **August 25, 2014**  Signature: ***/s/ ROSANNA J DIAZ ROSARIO***
 **ROSANNA J DIAZ ROSARIO**  (Joint Debtor, if any)
 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

 _____
 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          BANCO POPULAR                             BANCO POPULAR PR
0104-3                                   PO BOX 362708                             FORTUNO & RIVERA FONT LLC
Case 14-03008-ESL7                       , PR 00936-2708                           PO BOX 13786
District of Puerto Rico                                                            SAN JUAN, PR 00908-3786
Old San Juan
Mon Aug 25 16:11:28 AST 2014

Mercedes-Benz Financial Services USA LLC US Bankruptcy Court District of P.R.      BANCO POPULAR DE PUERTO RICO
Fernandez Collins Cuyar & Pla            Jose V Toledo Fed Bldg & US Courthouse    BANKRUPTCY DEPARTMENT
P.O. Box 9023905                         300 Recinto Sur Street, Room 109          PO BOX 366818
San Juan, PR 00902-3905                  San Juan, PR 00901-1964                   SAN JUAN PR 00936-6818


BANCO POPULAR DE PUERTO RICO             Banco Popular De PR                       Banco Popular De Puerto Rico
PO BOX 362708                            PO Box 50045                              209 Munoz Rivera Ave
SAN JUAN, PR 00936-2708                  San Juan, PR  00902                       San Juan, PR 00918-1000



Banco Santander Puerto                   Banco Santander Puerto Rico               Comenity Bank/anntylr
Po Box 362589                            268 Ponce De Leon                         PO Box 182273
San Juan, PR 00936-2589                  Hato Rey, PR 00918-2002                   Columbus, OH 43218-2273



Comenity Bank/atylrlmc                   Dsnb Macys                                FIRST BANK
PO Box 182273                            9111 Duke Blvd                            CONSUMER SERVICE CENTER
Columbus, OH 43218-2273                  Mason, OH 45040-8999                      BANKRUPTCY DIVISION -(CODE 248)
                                                                                   PO BOX 9146, SAN JUAN PR 00908-0146


GILBERTO REY DIAZ ROSARIO                Gecrb/Sams Club                           Gecrb/sams Club Dc
HC 3 BOX 4384                            4125 Windward Plaza                       Po Box 965005
GURABO, PR 00778-9710                    Alpharetta, GA 30005-8738                 Orlando, FL 32896-5005



GecrbJc Penney PR                        LCDO EDGARDO ROMAN ESPADA                 MERCEDES BENZ FINANCIAL SERVICES USA
4125 Windward Plaza                      URB ALDRICH 315 COLL AND TOSTE            BK SERVICING LLC
Alpharetta, GA 30005-8738                SAN JUAN PR 00918-4026                    ATTY CHERYLE WILLIAMS
                                                                                   PO BOX 131265
                                                                                   ROSEVILLE MN 55113 0011

Mb Fin Svcs                              ORIENTAL BANK                             RJ REYNOLDS TOBACCO CO
36455 Corporate Dr                       PO BOX 1952                               POX 363509
Farmington Hills, MI 48331-3552          HUMACAO, PR  00792                        SAN JUAN PR 00936-3509



Radio/cbna                               Sears/cbna                                C/O BK SERVICING LLC MERCEDES-BENZ FINANCIAL
PO Box 6497                              PO Box 6282                               ED GEZEL, AGENT
Sioux Falls, SD 57117-6497               Sioux Falls, SD 57117-6282                PO BOX 131265
                                                                                   ROSEVILLE, MN 55113-0011


MONSITA LECAROZ ARRIBAS                  RAUL GONZALEZ ORTIZ                       ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 8804                               PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-8804                     CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

```
ROSANNA JOSEFINA DIAZ ROSARIO          WILFREDO SEGARRA MIRANDA
PO BOX 8804                            PO BOX 9023385
CAGUAS, PR 00726-8804                  SAN JUAN, PR 00902-3385
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Banco Popular PR - Special Loans    (u)Banco Popular de Puerto Rico  Special Loan    End of Label Matrix
                                       Migdalia Effie Guasp, Esq.                       Mailable recipients    31
                                       Special Loans Department (733)                   Bypassed recipients     2
                                       P.O. Box 362708, San Juan, P.R. 00936-27         Total                  33
```