IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CARLOS IVAN LAUREANO COLON<br>LIZETTE BELINDA CANDELARIA SANCHEZ<br><br>DEBTOR(S) | CASE NUMBER: 13-06797/MCF<br><br>CHAPTER 7 |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

NOW COME, **CARLOS IVAN LAUREANO COLON and LIZETTE BELINDA CANDELARIA SANCHEZ,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1.

2. This amendment to Schedule F is **to include an unsecured creditors named Central Florida Pathology Asso, postal address, PO Box 140987, Orlando, FL 32814-0987; Claro, postal address, PO Box 70366, San Juan, PR 00936-8366; and Florida Hosp Med Center, Patient Financial Services, postal address, PO Box 538800, Orlando, FL 32853-8800.**

**WHEREFORE,** the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Carlos Ivan Laureano Colon and Lizette Belinda Candelaria Sanchez; to the creditor affected by the amendment: Central Florida Pathology Asso, PO Box 140987, Orlando, FL 32814-0987; Claro, PO Box 70366, San Juan, PR 00936-8366; and Florida Hosp Med Center, Patient Financial Services, PO Box 538800, Orlando, FL 32853-8800; and creditors and parties in interest as per the attached master address list.

Page -2-
Amended Schedule F
13-06797/MCF7

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 29th day of August, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE <u>LAUREANO COLON, CARLOS IVAN & CANDELARIA SANCHEZ, LIZETTE BELINDA</u>     Case No. <u>3:13-bk-6797</u>
Debtor(s)                                                                                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9463** <br> **AMERICAN EXPRESS** <br> **PO BOX 1270** <br> **NEWARK, NJ 07101-1270** | | W | REVOLVING ACCOUNT OPENED 3/2008 | | | | 2,000.00 |
| ACCOUNT NO. **9189** <br> **BEST BUY** <br> **PO BOX 15521** <br> **WILMINGTON, DE 19850-5521** | | J | | | | | 1,600.00 |
| ACCOUNT NO. **9009** <br> **CENTRAL FLORIDA PATHOLOGY ASSO** <br> **PO BOX 140987** <br> **ORLANDO, FL 32814-0987** | | | OPEN ACCOUNT | | | | 201.00 |
| ACCOUNT NO. **9936** <br> **CHRYSLER CREDIT CORPORATION** <br> **PO BOX 195286** <br> **SAN JUAN, PR 00919-5286** | | J | DEFICIENCY <br> 2002 PT CRUISER | | | | 3,000.00 |

<u>  2  </u> continuation sheets attached

Subtotal (Total of this page) $ **6,801.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LAUREANO COLON, CARLOS IVAN & CANDELARIA SANCHEZ, LIZETTE BELINDA    Case No. **3:13-bk-6797**
                                                 Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5558** <br> **CLARO** <br> **PO BOX 70366** <br> **SAN JUAN, PR 00936-8366** | | W | OPEN ACCOUNT OPENED 9/2011 | | | | 426.00 |
| ACCOUNT NO. **2197** <br> **CLARO** <br> **PO BOX 70366** <br> **SAN JUAN, PR 00936-8366** | | | OPEN ACCOUNT | | | | 139.66 |
| ACCOUNT NO. **9936** <br> **DEPTO DE TRASPORTACION Y OBRAS PUBLICAS CENTRO GUBERNAMENTAL MINILLAS SAN JUAN, PR 00940** | | J | TICKET 31329570; 31329571; 28452975; 28452974; 27433000; 26307063; 3881844; 4240782; 469784; 469785; 469783; 2514721; 444841; 8323313 | | | | 1,620.00 |
| ACCOUNT NO. **0001** <br> **FED LOAN SERV** <br> **PO BOX 69184** <br> **HARRISBURG, PA 17106** | | H | INSTALLMENT ACCOUNT OPENED 1/2013 | | | | 2,750.00 |
| ACCOUNT NO. **7646** <br> **FLORIDA HOSP MED CENTER PATIENT FINANCIAL SERVICES PO BOX 538800 ORLANDO, FL 32853-8800** | | | OPEN ACCOUNT | | | | 4,350.82 |
| ACCOUNT NO. **2959** <br> **GECRB/RMSTGO** <br> **PO BOX 965036** <br> **ORLANDO, FL 32896** | | W | REVOLVING ACCOUNT OPENED 3/2011 | | | | 2,983.00 |
| ACCOUNT NO. **7947** <br> **MIDLAND FUNDING GE CAPITAL 8875 AERO DR STE 200 SAN DIEGO, CA 92123** | | H | OPEN ACCOUNT OPENED 3/2013 | | | | 567.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **12,836.48**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>LAUREANO COLON, CARLOS IVAN & CANDELARIA SANCHEZ, LIZETTE BELINDA</u>   Case No. <u>3:13-bk-6797</u>
Debtor(s)   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JC PENNEY <br> PO BOX 364788 <br> SAN JUAN, PR 00936-4788 | | | **Assignee or other notification for:** <br> **MIDLAND FUNDING** | | | | |
| ACCOUNT NO. 9936 <br> OLD NAVY <br> PO BOX 530993 <br> ATLANTA, GA 30353-0993 | | J | | | | | 300.00 |
| ACCOUNT NO. 3504 <br> SANTANDER FIN <br> PO BOX 71504 <br> SAN JUAN, PR 00936 | | W | INSTALLMENT ACCOUNT OPENED 1/2011 | | | | 9,705.00 |
| ACCOUNT NO. 9189 <br> T-MOBILE <br> PO BOX 660252 <br> DALLAS, TX 75266-0252 | | J | UTILITY | | | | 450.00 |
| ACCOUNT NO. 2753 <br> WALMART <br> PO BOX 965024 <br> EL PASO, TX 79998 | | W | REVOLVING ACCOUNT OPENED 4/2011 | | | | 1,649.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,104.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **31,741.48**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **LAUREANO COLON, CARLOS IVAN & CANDELARIA SANCHEZ, LIZETTE BELINDA**    Case No. **3:13-bk-6797**
                                        Debtor(s)                                                  (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR    *Sch "F"*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __8/29/14__    Signature: _____
                                  **CARLOS IVAN LAUREANO COLON**                 Debtor

Date: __8/29/14__    Signature: _____
                                  **LIZETTE BELINDA CANDELARIA SANCHEZ**     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing         FIRST BANK PR                            Midland Funding LLC by American InfoSource L
0104-3                                  MARTINEZ & TORRES LAW OFFICES PSC        ATTN: Department 1
Case 13-06797-MCF7                      PO BOX 192938                            PO Box 4457
District of Puerto Rico                 SAN JUAN, PR 00919-3409                  Houston, TX 77210-4457
Old San Juan
Fri Aug 29 10:20:11 AST 2014

POPULAR AUTO                            SCOTIABANK DE PUERTO RICO                US Bankruptcy Court District of P.R.
PO BOX 366818                           FERNANDEZ COLLINS CUYAR & PLA            Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00936-6818                 PO BOX 9023905                           300 Recinto Sur Street, Room 109
                                        SAN JUAN, PR 00902-3905                  San Juan, PR 00901-1964


AMERICAN EXPRESS                        American Express TRS Co Inc Latin American   American InfoSource LP as agent for
PO BOX 1270                             Division                                 T Mobile/T-Mobile USA Inc
NEWARK, NJ 07101-1270                   c/o Becket and Lee LLP                   PO Box 248848
                                        POB 3001                                 Oklahoma City, OK 73124-8848
                                        Malvern  PA 19355-0701


BANCO POPULAR DE PR                     BANCO POPULAR DE PUERTO RICO             BEST BUY
PO BOX 70100                            BANKRUPTCY DEPARTMENT                    PO BOX 15521
SAN JUAN, PR 00936-8100                 PO BOX 366818                            WILMINGTON, DE 19850-5521
                                        SAN JUAN PR 00936-6818


CHRYSLER CREDIT CORPORATION             CLARO                                    Capital Recovery V, LLC
PO BOX 191635                           PO BOX 70366                             c/o Recovery Management Systems Corporat
SAN JUAN, PR 00919-1635                 SAN JUAN, PR 00936-8366                  25 SE 2nd Avenue Suite 1120
                                                                                 Miami FL 33131-1605


DEPTO DE TRASPORTACION Y OBRAS PUBLICAS FED LOAN SERV                            FIRST BANK
CENTRO GUBERNAMENTAL MINILLAS           PO BOX 69184                             PO BOX 19327
SAN JUAN, PR 00940                      HARRISBURG, PA 17106-9184                SAN JUAN, PR 00910-1327


FIRSTBANK BANKRUPTCY DIVISION           GECRB/RMSTGO                             INTERNAL REVENUE SERVICE
PO BOX 9146                             PO BOX 965036                            PO BOX 7346
SAN JUAN PR 00908-0146                  ORLANDO, FL 32896-5036                   PHILADELPHIA, PA 19101-7346


JC PENNEY                               MIDLAND FUNDING                          Midland Funding LLC
PO BOX 364788                           GE CAPITAL                               by American InfoSource LP as agent
SAN JUAN, PR 00936-4788                 8875 AERO DR STE 200                     ATTN: Department 1
                                        SAN DIEGO, CA 92123-2255                 PO Box 4457
                                                                                 Houston, TX 77210-4457


OLD NAVY                                POPULAR AUTO                             PR ACQUISITIONS LLC
PO BOX 530993                           BANKRUPTCY DEPARTMENT                    PO BOX 194499
ATLANTA, GA 30353-0993                  PO BOX 366818                            SAN JUAN PR 00919-4499
                                        SAN JUAN PUERTO RICO 00936-6818


SANTANDER FIN                           SCOTIABANK                               SCOTIABANK DE PUERTO RICO
PO BOX 71504                            PO BOX 362649                            G.P.O. BOX 362649
SAN JUAN, PR 00936-8604                 SAN JUAN, PR 00936-2649                  SAN JUAN, PUERTO RICO 00936-2649
```

| | | |
|---|---|---|
| T-MOBILE<br>PO BOX 660252<br>DALLAS, TX  75266-0252 | WALMART<br>PO BOX 965024<br>EL PASO, TX  79998 | CARLOS IVAN LAUREANO COLON<br>RR 02 BOX 6292<br>MANATI, PR 00674-9609 |
| LIZETTE BELINDA CANDELARIA SANCHEZ<br>RR 02 BOX 6292<br>MANATI, PR 00674-9609 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186<br><br>Claro<br>PO Box 70366<br>San Juan, PR 00936-8366 |
| End of Label Matrix<br>Mailable recipients   35<br>Bypassed recipients    0<br>Total                 35 | Central Florida Pathology Asso<br>PO Box 140987<br>Orlando, FL 32814-0987 | Florida Hosp Med Center<br>Patient Financial Services<br>PO Box 538800<br>Orlando, FL 32853-8800 |